**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| IRMA RAMIREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>VIDEO WAVE OF NOE VALLEY, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-2779 DMR<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      July 17, 2012<br>Mediator: Robin Siefkin |

    IT IS HEREBY ORDERED that the request to excuse defendant Leslie Knysh from personal attendance at the July 17, 2012, mediation session before Robin Siefkin is GRANTED. Ms. Knysh shall be available at all times to participate telephonically in the mediation unless or until excused by the mediator.

    IT IS SO ORDERED.

June 19, 2012        By: _____
Dated                                           Elizabeth D. Laporte
                                                      United States Magistrate Judge