UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRMA RAMIREZ,                    )        No. C11-02779 SBA
                    Plaintiff,  )
                                 )        ORDER DISMISSING ACTION
      vs.                        )
                                 )
VIDEO WAVE,                      )
                                 )
                    Defendant.   )
                                 )
_____ )

        The Court having been notified of the settlement of

this action, and it appearing that no issue remains for the

Court's determination,

        IT IS HEREBY ORDERED THAT this action and all claims

asserted herein are DISMISSED with prejudice.  In the event

that the settlement is not reached, any party may move to

reopen the case and the trial will be rescheduled, provided

that such motion is filed within 45 days of this order.  All

scheduled dates, including the trial and pretrial dates, are

VACATED.

        IT IS SO ORDERED.

DATED: 11/15/12

                    _____
                    SAUNDRA BROWN ARMSTRONG
                    United States District Judge